UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LUIS ROSALES,

                Plaintiff,

                                                      <u>DECISION AND ORDER</u>

                                                        10-CV-6044L

        v.

LESTER N. WRIGHT, et al.,

                Defendants.
_____

        Plaintiff's motion for a default judgment (Dkt. #7) is in all respects denied.

        IT IS SO ORDERED.

                                               _____
                                                  DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        April 9, 2010.